Sam MAINOUS, appellant,

v.

J. S. MARCUM, appellee.

Court of Appeals of Kentucky.

Jan. 15, 1954.

Wm. A. Hamm, London, for appellant.

Pleaz Wm. Mobley, Roy W. House, Manchester, for appellee.

PER CURIAM.

This is an appeal from a $1,500 judgment in appellee's favor for damage to a coal truck arising out of an accident on the highway. Having considered the grounds of reversal urged by the appellant, in our opinion the case was properly submitted to the jury and the damages awarded are not excessive.

The judgment is affirmed.

James E. WHEELER, appellant

v.

Augusta M. WHEELER et al., appellees.

Court of Appeals of Kentucky.

Jan. 15, 1954.

See, also, Ky., 238 S.W.2d 1001.

Hargadon, Bennett & Lemaire, Louisville, for appellant.

Gilbert Burnett, Henri Mangeot, Louisville, for appellees.

PER CURIAM.
On motion for an appeal from the Jefferson Circuit Court, Chancery Branch, First Division, Lawrence F. Speckman, Judge.

The judgment is for $500 fee for the attorney for a wife in a divorce suit for services rendered on appeal and subsequent thereto. The motion is overruled after a full consideration of the question and the judgment stands affirmed.